UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MARVIN HILL, JR.; | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:25-CV-566-KAC-JEM |
| | ) | |
| FORT SANDERS HOSPITAL, et al.; | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is United States Magistrate Judge Jill E. McCook's August 4, 2026 "Order & Report and Recommendation" ("Report") [Doc. 18]. On November 20, 2025, Plaintiff Marvin Hill, Jr., filed an "Application to Proceed in Forma Pauperis" [Doc. 1] and Complaint [Doc. 2]. He later supplemented his Complaint [*See* Doc. 7]. The Complaint, as supplemented, asserts claims under 18 U.S.C. §§ 241 and 242 [*See* Docs. 2, 7 at 1, 2]. After Plaintiff supplemented his Complaint, Judge McCook identified various deficiencies in the supplemented Complaint and gave Plaintiff an opportunity to amend his Complaint to address those deficiencies [*See* Doc. 14 at 3-5]. Plaintiff declined to do so.

Thereafter, the Report granted Plaintiff's request to proceed in forma pauperis and recommends that the undersigned dismiss the supplemented Complaint without prejudice [*See* Doc. 18 at 2, 6]. No Party objected to the Report, and the time to do so has passed [*See id.* n.5]. *See also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 18] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Accordingly, the Court **DISMISSES** the Complaint, as supplemented, [Docs. 2, 7] **without prejudice**.

In addition, the Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Fed. R. App. P. 24. So, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal in forma pauperis. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). Because no claims remain in this action, **an appropriate judgment will enter**.

SO ORDERED.

KATHERINE A. CRYTZER
United States District Judge